# United States District Court

__NORTHERN__   DISTRICT OF   __CALIFORNIA__

E-FILING

FILED

UNITED STATES OF AMERICA

V.

Juan Manuel BUENAVENTURA-Sotero
(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

## 08-70165

CASE NUMBER:

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On a date unknown but no later than, __January 30, 2008__, in __Santa Clara County__ in the __Northern__ District of __California__ defendant(s) was, (Track Statutory Language of Offense)

Unlawfully re-entered and was found in the United States after deportation, without the permission of the Attorney General

in violation of Title __8__ United States Code, Section(s) __1326__
I further state that I am a(n) __Deportation Officer__ and that this complaint is based on the following
   Official Title

facts:

SEE ATTACHED AFFIDAVIT

PENALTIES: $250,000.00 fine, twenty (20) years imprisonment, $100.00 special assessment fee, and a Term of Supervised Release up to three years.

Requested bail: Issue no bail warrant.

APPROVED AS TO FORM: _____
                     ASSISTANT UNITED STATES ATTORNEY

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

__3/24/08__           at        __San Jose, California__
   Date                              City and State

Richard Seeborg
United States Magistrate Judge                _____
Name & Title of Judicial Officer                Signature of Judicial Officer

RE:   BUENAVENTURA-Sotero, Juan Manuel A77 355 362

I am a Deportation Officer of the United States Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE) and have been employed since July 7, 1997. I am currently assigned to the Criminal Alien Program (CAP) Unit of the San Jose Sub-Office. In such capacity, I have reviewed the official file relating to the above named individual, which attests to the following:

(1)   Mr. BUENAVENTURA-Sotero is a 26-year-old male who has used three (3) aliases and one (1) date of birth in the past.

(2)   Mr. BUENAVENTURA-Sotero has been assigned one (1) Alien Registration number of A77 355 362, FBI number of 646032NB6, California Criminal Information Index number of A21683601, and a Santa Clara County Personal File Number of DXP717.

(3)   Mr. BUENAVENTURA-Sotero is a native of Mexico and a citizen of Mexico since birth. A check through official records shows that he was arrested and deported on one (1) occasion from the United States:

| DATE | PLACE OF DEPORTATION |
|---|---|
| August 1, 2006 | San Ysidro, CA |

(4)   Mr. BUENAVENTURA-Sotero last entered the United States at or near Calexico, CA on or after August 1, 2006, by crossing the international border without inspection subsequent to deportation.

(5)   Mr. BUENAVENTURA-Sotero on a date unknown, but no later than January 30, 2008, in Santa Clara County in the Northern District of California, was found to be unlawfully present in the United States, after prior arrest and deportation, without the permission of the Attorney General or the Secretary of Homeland Security, in violation of Title 8, United States Code, Section 1326. On February 29, 2008, Mr. BUENAVENTURA-Sotero was interviewed by Immigration Enforcement Agent (IEA) John Ramirez at the Santa Clara County Jail Elmwood, Milpitas, CA, and during that interview, Mr. BUENAVENTURA-Sotero was advised of his **Miranda** rights in Spanish and English. Mr. BUENAVENTURA-Sotero waived his **Miranda** rights and provided a written sworn statement attesting to his alienage, prior deportation, and failure to obtain permission from the Attorney General or the Secretary of Homeland Security to re-enter the United States.

RE:   BUENAVENTURA-Sotero, Juan Manuel A77 355 362

(6)  Mr. BUENAVENTURA-Sotero was, on October 13, 2000, convicted in the Superior Court of California, in and for the County of Santa Barbara, for the offense of UNLAWFUL SEXUAL INTERCORSE, a misdemeanor, in violation of Section 261.5(b) of the California Penal Code, and was sentenced to ninety (90) days in jail.

(7)  Mr. BUENAVENTURA-Sotero was, on February 25, 2003, convicted in the Superior Court of California, in and for the County of Santa Barbara, for the offense of BURGLARY: FIRST DEGREE, an aggravated felony, in violation of Section 459 of the California Penal Code, and was sentenced to four (4) years in prison.

(8)  Mr. BUENAVENTURA-Sotero was, on January 16, 2008, convicted in the Superior Court of California, in and for the County of Santa Clara, for the offense of USE/UNDER THE INFLUENCE OF CONTROLLED SUBSTANCE, a misdemeanor, in violation of Section 11550(a) of the California Health and Safety Code, and was sentenced to ninety (90) days in jail.

(9)  On the basis of the above information, there is probable cause to believe that Mr. BUENAVENTURA-Sotero illegally re-entered the United States, in violation of Title 8, United States Code, Section 1326.

Trong Q. Nguyen
Deportation Officer
Immigration and Customs Enforcement

Subscribed and sworn to before me this _24th_ day of _March_, 2008

RICHARD SEEBORG
UNITED STATES MAGISTRATE JUDGE