AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

__NORTHERN__ DISTRICT OF __CALIFORNIA__

UNITED STATES OF AMERICA

V.

Juan Manuel Buenaventura-Sotero

## WAIVER OF INDICTMENT

CASE NUMBER: 08-70165-HRL

I, Juan Manuel Buena Ventura-Sotero, the above named defendant, who is accused of

8 U.S.C. § 1326 (Found in United States after Deportation)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __4/10/08__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Date

**FILED**
APR 1 0 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer